IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FSG BANK, N.A.                )
                              )
v.                            ) NO.2:07-0081
                              ) JUDGE CAMPBELL
UNITED STATES, et al.         )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 22), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant United States' Motion to Dismiss for lack of jurisdiction (Docket No. 11) is GRANTED, and this action is DISMISSED. All other pending Motions are DENIED as moot.

The Clerk is directed to return the interpled funds of $83,070.41, currently held in the Registry of the Court, to the Plaintiff Bank.

IT IS SO ORDERED.

*[signature: Todd Campbell]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE